Judgment in a Civil Case
_____

United States District Court
_____WESTERN DISTRICT OF NEW YORK_____

ROBERT L. JENKINS, JR.            **JUDGMENT IN A CIVIL CASE**
                                                            CASE NUMBER: 17-CV-1118-CCR
        Plaintiff.
  v.

COMMISSIONER OF SOCIAL SECURITY.

        Defendant.


☐ **Jury Verdict**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: that the Court denies Plaintiff's motion for judgment on the pleadings seeking reversal and grants the Commissioner's motion to affirm.


Date: February 14, 2020                          MARY C. LOEWENGUTH
                                                   CLERK OF COURT

                                                   By: s/K.McMillan
                                                       Deputy Clerk